| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2012** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>WOODS, KAY | 2. Court or Organization<br><br>BANKRUPTCY- N. D. OHIO | 3. Date of Report<br><br>05/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>UNITED STATES BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

7. Chambers or Office Address

NATHANIEL R. JONES FED. BLDG.
10 EAST COMMERCE STREET
YOUNGSTOWN, OH 44503

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | OHIO STATE UNIVERSITY MORITZ COLLEGE OF LAW NATIONAL COUNCIL (NO COMPENSATION OR REIMBURSEMENTS RECEIVED) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | BOYD, RUMMELL, CARACH, CURRY, KAUFMANN & BINS-CASTRONOVO, LPA - SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | CLEVELAND METROPOLITAN BAR ASSOCIATION | 5/17/12 | CLEVELAND, OH | ACTIVITY OF PROFESSIONAL ASSOCIATION OR CIVIC ORGANIZATION | TRAVEL AND MEALS |
| 2. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | 3/19/12 | MIAMI, FL | ACTIVITY OF PROFESSIONAL ASSOCIATION OR CIVIC | TRAVEL, LODGING AND MEALS |
| 3. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | 10/23/12 | SAN DIEGO, CA | ACTIVITY OF PROFESSIONAL ASSOCIATION OR CIVIC | TRAVEL, LODGING AND MEALS |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 4. | ALLEGHENY COUNTY BAR ASSOCIATION | 12/06/12 | ALLEGHENY, PA | ACTIVITY OF PROFESSIONAL ASSOCIATION OR CIVIC | TRAVEL, LODGING AND MEALS |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNCBANK, NATIONAL ASSOCIATION | A | Interest | L | T | | | | | |
| 2. UNITED COMMUNITY FINANCIAL CORP. | A | Dividend | J | T | | | | | |
| 3. NATIONWIDE LIFE INSURANCE CO | A | Interest | J | T | | | | | |
| 4. NORTHWESTERN MUTUAL- WHOLE LIFE POLICY | B | Dividend | K | T | | | | | |
| 5. NORTHWESTERN MUTUAL- WHOLE LIFE POLICY | C | Dividend | L | T | | | | | |
| 6. US SAVINGS BOND | A | Interest | K | T | | | | | |
| 7. FIRST PLACE BANK STOCK | A | Dividend | J | T | | | | | |
| 8. FIRST PLACE BANK ACCOUNT | A | Interest | J | T | | | | | |
| 9. FIRST PLACE BANK ACCOUNT | A | Interest | M | T | | | | | |
| 10. FIRST PLACE BANK ACCOUNT | A | Interest | J | T | | | | | |
| 11. FIRST PLACE BANK ACCOUNT | A | Interest | J | T | | | | | |
| 12. JOHN HANCOCK LIFE INSURANCE COMPANY | A | Interest | J | T | | | | | |
| 13. AXA EQUITABLE LIFE INSURANCE CO. | A | Interest | J | T | | | | | |
| 14. | A | Distribution | | | | | | | |
| 15. PRUDENTIAL LIFE INSURANCE CO. (LIFE INSURANCE) | A | Dividend | J | T | | | | | |
| 16. PRUDENTIAL LIFE INSURANCE CO. (STOCK) (Y) | A | Dividend | J | T | | | | | |
| 17. MANULIFE FINANCIAL CORPORATION (LIFE INSURANCE) (Y) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MANULIFE FINANCIAL CORPORATION (STOCK) (Y) | A | Dividend | J | T | | | | | |
| 19. FIDELITY TRADITIONAL IRA (H) | | | | | | | | | |
| 20. -FIDELITY BALANCED | B | Dividend | L | T | | | | | |
| 21. -FIDELITY EQUITY INCOME | B | Dividend | L | T | | | | | |
| 22. -FIDELITY STRATEGIC INCOME | B | Dividend | K | T | | | | | |
| 23. -FIDELITY CASH RESERVES | A | Dividend | J | T | | | | | |
| 24. FIDELITY - INDIVIDUAL ACCOUNT (H) | | | | | | | | | |
| 25. -FIDELITY BALANCED | A | Dividend | K | T | | | | | |
| 26. -FIDELITY EQUITY INCOME | A | Dividend | J | T | | | | | |
| 27. -FIDELITY STRATEGIC INCOME | A | Dividend | J | T | | | | | |
| 28. SCHWAB ACCOUNT (H) | | | | | | | | | |
| 29. -SCHWAB US TREASURY MONEY FUND | A | Dividend | J | T | | | | | |
| 30. -MSCI PAC EX JAPN | A | Dividend | J | T | Sold (part) | 7/9/12 | J | A | |
| 31. | | | | | Sold (part) | 7/9/12 | J | A | |
| 32. -S & P MIDCAP 400 | A | Dividend | J | T | Sold (part) | 2/15/12 | J | A | |
| 33. | | | | | Sold (part) | 7/9/12 | J | A | |
| 34. -S & P SMALL CAP 600 | A | Dividend | J | T | Sold (part) | 2/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 2/15/12 | J | A | |
| 36. -BARCLAYS INTERMEDIATE | A | Dividend | K | T | Buy (add'l) | 1/9/12 | J | | |
| 37. | | | | | Sold (part) | 2/15/12 | J | A | |
| 38. | | | | | Sold (part) | 2/15/12 | J | A | |
| 39. -BARCLAYS BOND 3-7 YR TREASURY BOND | A | Dividend | | | Buy (add'l) | 1/9/12 | J | | |
| 40. | | | | | Sold (part) | 2/15/12 | J | A | |
| 41. | | | | | Sold (part) | 2/15/12 | J | A | |
| 42. | | | | | Sold (part) | 5/23/12 | J | A | |
| 43. | | | | | Sold (part) | 5/31/12 | J | A | |
| 44. | | | | | Buy (add'l) | 7/9/12 | J | | |
| 45. -COHEN & STEER REALTY MAJORS INDEX FD | A | Dividend | J | T | Sold (part) | 5/31/12 | J | A | |
| 46. | | | | | Sold (part) | 5/31/12 | J | A | |
| 47. | | | | | Sold (part) | 9/5/12 | J | A | |
| 48. | | | | | Sold (part) | 9/5/12 | J | B | |
| 49. -RUSSELL 2000 VALUE | A | Dividend | J | T | Sold (part) | 2/15/12 | J | A | |
| 50. -POWERSHARES DEB COMMODITY INDEX TRACKING | A | Dividend | J | T | | | | | |
| 51. -VANGUARD EMERGING MKT | A | Dividend | J | T | Sold (part) | 7/9/12 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 7/9/12 | J | A | |
| 53. -VANGUARD WORLD EX SMALL CAP | A | Dividend | J | T | | | | | |
| 54. -POWERSHARES DWA EMERGING MARKETS | A | Dividend | J | T | | | | | |
| 55. -POWERSHARES FUNDAMENTAL HIGH YIELD | A | Dividend | J | T | Sold (part) | 2/15/12 | J | | |
| 56. | | | | | Sold (part) | 5/31/12 | J | | |
| 57. -SECTOR SPDR CONSUMER STAPLES | A | Dividend | J | T | Sold (part) | 4/4/12 | J | A | |
| 58. | | | | | Sold (part) | 5/31/12 | J | A | |
| 59. -SELECT SPDR CONSUMER DISCRETIONARY (X) | A | Dividend | J | T | Buy | 1/9/12 | J | | |
| 60. | | | | | Sold (part) | 5/31/12 | J | A | |
| 61. -VANGUARD MORTGAGE BACKED SECURITY INDEX | A | Dividend | J | T | Buy (add'l) | 1/9/12 | K | | |
| 62. | | | | | Sold (part) | 2/15/12 | J | A | |
| 63. | | | | | Sold (part) | 2/15/12 | J | | |
| 64. | | | | | Sold (part) | 5/31/12 | J | A | |
| 65. -WISDOM TREE EMERGING MARKETS DEBT | A | Dividend | J | T | Sold (part) | 7/9/12 | J | | |
| 66. -DOW JONES TELECOM SERVICES | A | Dividend | J | T | Sold (part) | 9/20/12 | J | A | |
| 67. - DOW JONES US TECHNOLOGY (X) | A | Dividend | J | T | Buy | 1/9/12 | K | | |
| 68. | | | | | Sold (part) | 4/4/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 5/31/12 | J | A | |
| 70. -MSCI CANADA | A | Dividend | J | T | | | | | |
| 71. -MSCI EMU INDEX (X) | A | Dividend | J | T | Buy | 1/9/12 | J | | |
| 72. | | | | | Sold (part) | 9/17/12 | J | A | |
| 73. -MSCI GERMANY | A | Dividend | J | T | | | | | |
| 74. -MSCI UNITED KINGDOM | A | Dividend | J | T | | | | | |
| 75. -SPDR HEALTH CARE SELECT SECTOR (X) | A | Dividend | J | T | Buy | 1/9/12 | J | | |
| 76. | | | | | Sold (part) | 4/4/12 | J | A | |
| 77. | | | | | Sold (part) | 5/31/12 | J | A | |
| 78. -SPDR INDUSTRIAL SELECT SECTOR (X) | A | Dividend | J | T | Buy | 1/9/12 | K | | |
| 79. | | | | | Sold (part) | 4/4/12 | J | A | |
| 80. | | | | | Sold (part) | 5/31/12 | J | | |
| 81. -SPDR ENERGY SELECT SECTOR (X) | A | Dividend | J | T | Buy | 1/9/12 | J | | |
| 82. | | | | | Sold (part) | 4/4/12 | J | | |
| 83. | | | | | Sold (part) | 7/9/12 | J | | |
| 84. | | | | | Sold (part) | 9/17/12 | J | A | |
| 85. -SPDR MATERIALS SELECT SECTOR (X) | A | Dividend | | | Buy | 1/9/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 4/4/12 | J | A | |
| 87. -RYDEX S&P EQUAL WEIGHT FINANCIAL (X) | A | Dividend | J | T | Buy | 1/9/12 | J | | |
| 88. | | | | | Sold (part) | 4/4/12 | J | A | |
| 89. -IQ HEDGE MULTI-STRATEGY TRACKER (X) | A | Dividend | K | T | Buy | 2/15/12 | K | | |
| 90. | | | | | Sold (part) | 5/31/12 | J | | |
| 91. -FIRST TRUST MATERIALS ALPHADEX (X) | A | Dividend | J | T | Buy | 4/4/12 | J | | |
| 92. -POWERSHARES DB US DLR INDEX TR (X) | A | Dividend | J | T | Buy | 4/4/12 | J | | |
| 93. | | | | | Sold | 6/4/12 | J | | |
| 94. | | | | | Buy | 9/5/12 | J | | |
| 95. -AQR N MANAGED FUTURES (X) | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 96. | | | | | Sold (part) | 6/1/12 | J | A | |
| 97. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 98. -WASATCH LONG/SHORT (X) | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 99. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 100. -POWERSHARES US DOLLARS INDEX (X) BULLISH | A | Dividend | J | T | Buy | 6/4/12 | J | | |
| 101. | | | | | Sold (part) | 9/5/12 | J | | |
| 102. -ISHARES GOLD TRUST (X) | A | Dividend | J | T | Buy | 9/6/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -MARKET VECTORS GOLD MINERS (X) | A | Dividend | J | T | Buy | 9/17/12 | J | | |
| 104. -ISHARES DOW JONES US HOME CONSTRUCTION (X) | A | Dividend | J | T | Buy | 9/20/12 | J | | |
| 105. -SPDR DEPOSIT RECEIPTS (FORMERLY SPDR TRUST SERIES 1) | A | Dividend | | | Sold | 1/9/12 | L | D | |
| 106. SCHWAB IRA ROLLOVER ACCOUNT #2 (H) | | | | | | | | | |
| 107. -SCHWAB US TREASURY MONEY FUND | A | Interest | J | T | | | | | |
| 108. -MSCI PAC EX JAPN | A | Dividend | J | T | | | | | |
| 109. -S & P MIDCAP 400 | A | Dividend | K | T | Sold (part) | 2/15/12 | J | A | |
| 110. | | | | | Sold (part) | 9/18/12 | J | A | |
| 111. -S & P SMALL CAP 600 | A | Dividend | K | T | Sold (part) | 2/15/12 | J | A | |
| 112. -BARCLAYS INTERMEDIATE | A | Dividend | K | T | Sold (part) | 2/15/12 | J | A | |
| 113. | | | | | Buy (add'l) | 7/9/12 | J | | |
| 114. -COHEN & STEER REALTY MAJORS INDEX FD | A | Dividend | J | T | Sold (part) | 4/4/12 | J | A | |
| 115. | | | | | Sold (part) | 7/9/12 | J | A | |
| 116. | | | | | Sold (part) | 9/5/12 | J | A | |
| 117. | | | | | Sold (part) | 9/5/12 | J | A | |
| 118. | | | | | Sold (part) | 9/5/12 | J | B | |
| 119. -RUSSELL 2000 VALUE | A | Dividend | K | T | Sold (part) | 2/15/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 2/15/12 | J | A | |
| 121. | | | | | Sold (part) | 2/15/12 | J | A | |
| 122.  - S & P MIDCAP 400 ETF | A | Dividend | K | T | Sold (part) | 2/15/12 | J | B | |
| 123. | | | | | Sold (part) | 2/15/12 | J | A | |
| 124. | | | | | Sold (part) | 10/3/12 | J | A | |
| 125.  -POWERSHARES DB US DOLLAR INDEX TR | A | Dividend | J | T | Buy (add'l) | 4/4/12 | J | | |
| 126. | | | | | Sold | 6/4/12 | J | | |
| 127. | | | | | Buy | 9/5/12 | J | | |
| 128.  -POWERSHARES DEB COMMODITY INDEX | A | Dividend | J | T | | | | | |
| 129.  -VANGUARD EMERGING MARKET | A | Dividend | K | T | | | | | |
| 130.  -VANGUARD WORLD EX SMALL CAP | A | Dividend | J | T | | | | | |
| 131.  -POWERSHARES DWA EMERGING MARKETS | A | Dividend | J | T | Sold (part) | 4/4/12 | J | | |
| 132.  -POWERSHARES FUNDAMENTAL HIGH YIELD CORP | A | Dividend | J | T | Sold (part) | 2/15/12 | J | A | |
| 133.  -RYDEX S&P 500 EQUAL WEIGHT FINANCIAL ETF | A | Dividend | K | T | Sold (part) | 1/9/12 | J | | |
| 134. | | | | | Sold (part) | 4/4/12 | J | | |
| 135. | | | | | Buy (add'l) | 7/9/12 | J | | |
| 136. | | | | | Sold (part) | 10/3/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -SECTOR SPDR CONSUMER STAPLES | A | Dividend | K | T | Sold (part) | 4/4/12 | J | A | |
| 138. | | | | | Sold (part) | 7/9/12 | J | A | |
| 139. | | | | | Sold (part) | 10/3/12 | J | A | |
| 140. -SECTOR SPDR ENERGY | A | Dividend | K | T | Sold (part) | 4/4/12 | J | | |
| 141. | | | | | Sold (part) | 9/17/12 | J | A | |
| 142. | | | | | Sold (part) | 10/3/12 | J | | |
| 143. -SECTOR SPDR HEALTHCARE | A | Dividend | K | T | Sold (part) | 4/4/12 | J | A | |
| 144. | | | | | Sold (part) | 9/18/12 | J | A | |
| 145. | | | | | Sold (part) | 10/3/12 | J | A | |
| 146. -SECTOR SPDR INDUSTRIAL | A | Dividend | K | T | Sold (part) | 4/4/12 | J | | |
| 147. -SECTOR SPDR MATERIALS | A | Dividend | | | Sold (part) | 4/4/12 | J | | |
| 148. | | | | | Sold | 4/4/12 | J | A | |
| 149. -SELECT SPDR CONSUMER DISCRETIONARY | A | Dividend | K | T | | | | | |
| 150. -VANGUARD MORTGAGE BACKED SECURITY INDEX | A | Dividend | K | T | Buy (add'l) | 1/9/12 | J | | |
| 151. | | | | | Sold (part) | 2/15/12 | J | A | |
| 152. | | | | | Sold (part) | 2/15/12 | J | | |
| 153. -WISDOM TREE EMERGING MARKETS DEBT | A | Dividend | J | T | Sold (part) | 2/15/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -BARCLAYS BOND 3-7 YR | A | Dividend | J | T | Sold (part) | 2/15/12 | J | A | |
| 155. | | | | | Sold (part) | 05/23/12 | J | A | |
| 156.  -DOW JONES TELECOM SERVICES | A | Dividend | J | T | Sold (part) | 9/20/12 | J | A | |
| 157.  -DOW JONES US TECHNOLOGY | A | Dividend | K | T | Sold (part) | 4/4/12 | J | B | |
| 158. | | | | | Buy (add'l) | 7/9/12 | J | | |
| 159.  -MCSI CANDA | A | Dividend | J | T | | | | | |
| 160.  -MCSI EMU INDEX | A | Dividend | J | T | | | | | |
| 161.  -MCSI GERMANY | A | Dividend | J | T | | | | | |
| 162.  -MCSI UNITED KINGDOM | A | Dividend | J | T | | | | | |
| 163.  -IQ HEDGE MULTI-STRATEGY TRACKER | A | Dividend | K | T | Buy | 2/15/12 | K | | |
| 164. | | | | | Buy (add'l) | 4/4/12 | J | | |
| 165.  -FIRST TRUST MATERIALS ALPHADEX | A | Dividend | J | T | Buy | 4/4/12 | J | | |
| 166.  -AQR N MANAGED FUTURES | A | Dividend | K | T | Buy | 4/9/12 | K | | |
| 167. | | | | | Buy (add'l) | 12/14/12 | J | | |
| 168.  -WASATCH LONG/SHORT | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 169. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 170.  -POWERSHARES US DOLLARS INDEX BULLISH | A | Dividend | | | Buy | 6/4/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 9/5/12 | J | | |
| 172. -ISHARES GOLD TRUST | A | Dividend | J | T | Buy | 9/6/12 | J | | |
| 173. -MARKET VECTORS GOLD MINERS | A | Dividend | J | T | Buy | 9/17/12 | J | | |
| 174. -MARKET VECTORS JUNIOR GOLD MINERS | A | Dividend | J | T | Buy | 9/18/12 | J | | |
| 175. -ISHARES DOW JONES US HOME CONSTRUCTION | A | Dividend | J | T | Buy | 10/3/12 | J | | |
| 176. STIFEL NICOLAUS - INDIVIDUAL ACCOUNT (H) | | | | | | | | | |
| 177. -STIFEL NICOLAUS MONEY MARKET | A | Interest | K | T | | | | | |
| 178. - AT&T INC | A | Dividend | J | T | | | | | |
| 179. -AMERICAN INTERNATIONAL GROUP INC NEW | A | Dividend | J | T | | | | | |
| 180. -APPLIED MATERIALS INC | A | Dividend | J | T | | | | | |
| 181. -CITIGROUP INC NEW | A | Dividend | J | T | | | | | |
| 182. -COMCAST CORP CLASS A NEW | A | Dividend | J | T | | | | | |
| 183. -CONOCOPHILLIPS | A | Dividend | K | T | Buy (add'l) | 7/18/12 | K | | |
| 184. DIEBOLD INC (X) | A | Dividend | J | T | | | | | |
| 185. -INTEL CORP | A | Dividend | J | T | | | | | |
| 186. -JPMORGAN CHASE & COMPANY | A | Dividend | K | T | | | | | |
| 187. -MEDCO HEALTH SOLUTIONS | A | Dividend | | | Merged (with line 227) | 4/20/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - MERCK & COMPANY INC NEW | A | Dividend | J | T | | | | | |
| 189.  -MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 190.  -PEPSICO INC | A | Dividend | J | T | | | | | |
| 191.  -PFIZER INC | A | Dividend | J | T | | | | | |
| 192.  -PROCTER & GAMBLE COMPANY | A | Dividend | J | T | | | | | |
| 193.  -SMUCKER JM COMPANY NEW | A | Dividend | J | T | | | | | |
| 194.  -UNITEDHEALTH GROUP INC | A | Dividend | J | T | | | | | |
| 195.  -YUM BRANDS INC | A | Dividend | J | T | | | | | |
| 196.  -AMERICAN MUN POWER OH INC BOND | A | Interest | | | Redeemed | 2/1/12 | J | | |
| 197.  -UNIVERSITY CINCINNATI OH GEN RCPTS SER F B/E OID | A | Interest | J | T | | | | | |
| 198.  -CUYAHOGA CNTY OH REV RFDG B/E CLEVELAND CLINIC HLTH SYS | A | Interest | J | T | | | | | |
| 199.  -CUYAHOGA CNTY OH REV RFDG B/E CLEVELAND CLINIC HLTH SYS | A | Interest | J | T | | | | | |
| 200.  -CUYAHOGA CNTY OH REV UNREFUNDED RFDG A B/E PTC | A | Interest | J | T | | | | | |
| 201.  -DAYTON OH ARPT REV IMPT JM COX DAYTON INTL A B/E OID | A | Interest | J | T | | | | | |
| 202.  -CLEVELAND OH ARPT SYS REV SER C RMKTED | A | Interest | J | T | | | | | |
| 203.  -FRANKLIN CNTY OH HC FACS RV RFDG B/E OH PRESBYTRN | A | Interest | | | Redeemed | 9/4/12 | J | B | |
| 204.  -UNIVERSITY CINCINNATI OH GEN RCPTS REV NFPG SER G | A | Interest | | | Redeemed | 6/1/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -CUYAHOGA CNTY OH REV CLEVELAND CLINIC HLTH SYS SR A | A | Interest | J | T | | | | | |
| 206. -COLUMBUS OH SEWER REV SYS SER A | A | Interest | J | T | | | | | |
| 207. -UNIVERSITY AKRON OH GEN RCPTS SER A AMBAC OID | A | Interest | J | T | | | | | |
| 208. -FRNKLN OH HC FACS RV REF & IMPT PRSBYTRN A RADIAN | A | Interest | J | T | | | | | |
| 209. -MONTGOMERY CNTY OH REV CATHOLIC HEALTH D | A | Interest | J | T | | | | | |
| 210. -CINCINNATI OH ECON DEV REV BALDWIN 300 PJ SER B | A | Interest | J | T | | | | | |
| 211. -FRANKLIN CNTY OH HOSP REV IMPT CHILDRENS HOSP | A | Interest | J | T | | | | | |
| 212. -OHIO STATE HIGHER EDL FAC COMMN REV HOSP UNIV HLTH SYS | A | Interest | J | T | | | | | |
| 213. -CLEVELAND OH ST UNIV GENL RCPTS SER A | A | Interest | J | T | | | | | |
| 214. -FRANKLIN CNTY OH REV RFDG TRINITY HLTH SER C | A | Interest | J | T | | | | | |
| 215. -MARYSVILLE OH WASTEWATER TREATMENT SYS REV | A | Interest | J | T | | | | | |
| 216. -MONTGOMERY CNTY OH REV CATHOLIC HEALTH | A | Interest | J | T | | | | | |
| 217. -OHIO ST HIGH EDL FAC COMMN REV SUMMA HLTH | A | Interest | J | T | | | | | |
| 218. -OHIO ST HIGH EDL FAC COMMN REV KENYON CLLG | A | Interest | J | T | | | | | |
| 219. -MARYSVILLE OH WASTEWATER TREATMENT SYS REV | A | Interest | J | T | | | | | |
| 220. -INTL LEASE FINANCE CORP MED TERM NOTE | A | Interest | K | T | | | | | |
| 221. -EASTMAN KODAK COMPANY SENIOR NOTES | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -SANOFI CONTINGENT RTS VALUE | A | None | J | T | | | | | |
| 223. -AMERICAN INTL GROUP WTS | A | None | J | T | | | | | |
| 224. -CLEVELAND OH ARPT SYS REV SER A AGM B/E PTC CPN 5% DUE (X) | A | Interest | J | T | Buy | 3/22/12 | K | | |
| 225. -OHIO ST HIGHER EDL FAC COMMON REV KENYON COLLEGE (X) | A | Interest | J | T | Buy | 4/30/12 | J | | |
| 226. -PHILLIPS 66 CUSIP [ ] (X) | A | Dividend | J | T | Spinoff (from line 183) | 5/1/12 | J | | |
| 227. -EXPRESS SCRIPTS HOLDING COMPANY (X) | A | Dividend | J | T | Buy | 4/20/12 | J | | |
| 228. | | | | | Sold (part) | 4/20/12 | J | A | |
| 229. STIFEL NICOLAUS - IRA ACCOUNT (H) | | | | | | | | | |
| 230. -STIFEL NICOLAUS MONEY MARKET | A | Dividend | K | T | | | | | |
| 231. -APPLIED MATERIALS INC | A | Dividend | J | T | | | | | |
| 232. -BP PLC SPONSORED ADR | A | Dividend | K | T | Buy (add'l) | 7/13/12 | K | | |
| 233. -BRISTOL MYERS SQUIBB CO | A | Dividend | J | T | | | | | |
| 234. -CHESAPEAKE ENERGY CORP | A | Dividend | J | T | | | | | |
| 235. -CISCO SYSTEMS INC | A | Dividend | K | T | | | | | |
| 236. -DEERE & CO | A | Dividend | J | T | | | | | |
| 237. -DISNEY WALT CO | A | Dividend | K | T | | | | | |
| 238. -DOW CHEMICAL CO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -EMC CORP MASS | A | Dividend | J | T | | | | | |
| 240. -ERICSSON LM TEL CO | A | Dividend | J | T | | | | | |
| 241. -GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 242. -HEWLeTT-PACKARD CO | A | Dividend | J | T | | | | | |
| 243. -HOME DEPOT INC | A | Dividend | J | T | | | | | |
| 244. -INTEL CORP | A | Dividend | J | T | | | | | |
| 245. -JOHNSON & JOHNSON | A | Dividend | K | T | | | | | |
| 246. -LILLY ELI & CO | A | Dividend | J | T | | | | | |
| 247. -MARATHON OIL CORP | A | Dividend | J | T | | | | | |
| 248. -MEDCO HEALTH SOLUTIONS INC | A | Dividend | | | Merged (with line 258) | 4/20/12 | J | C | |
| 249. -MERCK & CO INC NEW | A | Dividend | K | T | | | | | |
| 250. -MOTOROLA SOLUTIONS INC NEW | A | Dividend | J | T | | | | | |
| 251. -MOTOROLA MOBILITY HLDGS | A | Dividend | | | Sold | 5/22/12 | J | | |
| 252. -ORACLE CORP | A | Dividend | J | T | | | | | |
| 253. -PEPSICO INC | A | Dividend | J | T | | | | | |
| 254. -PFIZER INC | A | Dividend | J | T | | | | | |
| 255. -PROCTER & GAMBLE CO | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -TARGET CORP | A | Dividend | J | T | | | | | |
| 257. -WAL-MART STORES INC | A | Dividend | J | T | | | | | |
| 258. -EXPRESS SCRIPTS HOLDING COMPANY (FORMALLY MEDCO HEALTH) (X) | A | Dividend | J | T | Buy | 4/20/12 | J | | |
| 259. | | | | | Sold (part) | 4/20/12 | J | A | |
| 260. -MARATHON PETROLEUM CORP (Y) | A | Dividend | J | T | | | | | |
| 261. AMERICAN FUNDS - 401(K) ACCOUNT (H) | | | | | | | | | |
| 262. -AMCAP FUND-R3 | A | Dividend | L | T | | | | | |
| 263. -THE GROWTH FUND OF AMERICA-R3 | A | Dividend | M | T | | | | | |
| 264. -EUROPACIFIC GROWTH FUND-R3 | A | Dividend | L | T | | | | | |
| 265. -THE INVESTMENT COMPANY OF AMERICA-R3 | A | Dividend | L | T | | | | | |
| 266. -CAPITAL WORLD GROWTH AND INCOME-R3 | A | Dividend | M | T | | | | | |
| 267. -CAPITAL INCOME BUILDER-R3 | A | Dividend | L | T | | | | | |
| 268. -THE BOND FUND OF AMERICA-R3 | A | Dividend | L | T | | | | | |
| 269. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 05/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KAY WOODS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544